No. 92–7134. SMITH v. HAITH ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7135. WAGNER v. WILLIFORD ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7142. HOLBROOK v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–7143. HUGUES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–7149. EMBABY v. CONTROL DATA CORP. Sup. Ct. Minn. Certiorari denied.

No. 92–7153. BRYANT v. ROTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–7154. TESTA v. TESTA. C. A. 6th Cir. Certiorari denied.

No. 92–7159. NEWMAN v. MCKAY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7168. NADWORNY v. FAIR, MASSACHUSETTS COMMISSIONER OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 92–7170. POLY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 92–7171. LAVERNIA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7172. MADYUN v. BARKSDALE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7178. BISHOP v. SWINNEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7187. MCCONNELL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.